01

02

03

04

05

06                              UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
                                          AT SEATTLE
07

KEITH KRAUSE,                                    )

08                                               )
                        Petitioner,              )    CASE NO.   C09-1452-JCC MAT
09                                               )
                v.                               )
10                                               )    ORDER DIRECTING RESPONDENT
TIMOTHY WENGLER,                                 )    TO SUBMIT STATE COURT
11                                               )    RECORD
                        Respondent.              )
12      _____  )

13              This is a habeas action brought pursuant to 28 U.S.C. § 2254.   Petitioner's federal

14      habeas petition is currently ripe for consideration.   However, upon review of the submissions

15      of the parties, this Court discovered that it is not in possession of the state court record.   It is

16      unclear whether the record was simply never received by the Court or whether it was received

17      by the Court and subsequently misplaced.   Regardless, however, the Court is unable to proceed

18      to disposition of petitioner's federal habeas petition until it has the state court record available

19      for review.

20              Accordingly, the Court does hereby ORDER as follows:

21              (1)      Respondent shall submit all relevant portions of the state court record to this

22      Court for review not later than *April 23, 2010*.

ORDER DIRECTING RESPONDENT
TO SUBMIT STATE COURT RECORD
PAGE -1

01   (2)  Petitioner's federal habeas petition (Dkt. No. 5) is RENOTED on the Court's

02 calendar for consideration on ***April 23, 2010***.

03   (3)  The Clerk is directed to send copies of this Order to petitioner, to counsel for

04 respondent, and to the Hon. John C. Coughenour.

05   DATED this <u>13th</u> day of April, 2010.

06

07

08            Mary Alice Theiler
              United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DIRECTING RESPONDENT
TO SUBMIT STATE COURT RECORD
PAGE -2